PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:17-MJ-00121-EPG |
| Plaintiff, | STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET CHANGE OF PLEA HEARING |
| vs. | |
| CALIXTO ADALBERTO PACHECO, | : |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the preliminary hearing in the above-captioned matter now set for August 18, 2017, may be vacated and a change of plea hearing may be set for August 28, 2017, before the district court. The defendant has executed and filed a waiver of preliminary hearing, and the parties have reached a plea agreement. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            Acting United States Attorney

DATED: August 17, 2017          By:    /s/ *Ross Pearson*
                                            ROSS PEARSON
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


DATED: August 17, 2017          By:    /s/ *Eric H. Schweitzer*
                                            ERIC H. SCHWEITZER
                                            Attorney for Defendant
                                            CALIXTO PACHECO


**O R D E R**

IT IS SO ORDERED.

Dated:   **August 17, 2017**

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE